UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

Removed from Graves Circuit Court
Civil Action No. 22-CI-00169

| | |
|---|---|
| PATRICIA DUPREE, individually and Administrator de son Tort for the Pending Estate of GEORGE DUPREE )<br><br>Plaintiff, )<br><br>v. )<br><br>SAME DAY FREIGHT, LLC )<br><br>Defendant. ) | <br><br><br><br><br><br><br><br>Civil Action No.:   5:22-CV-83-BJB<br><br>Judge:<br><br>Magistrate: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant Same Day Freight, LLC, removes to the U.S. District Court for the Western District of Kentucky, Paducah Division, the civil action styled *Patricia Dupree Individually and Administrator de son Tort for the Pending Estate of George Dupree,* Civil Action No. 22-CI-000169, which is currently pending before the Graves Circuit Court, Graves County, Kentucky. In support of its Notice of Removal, Defendant Same Day Freight, LLC, states:

    1.    On or about May 18, 2022, Plaintiff Patricia Dupree filed a Complaint in the McCracken Circuit Court, naming Same Day Freight, LLC, as defendant.

2. As a result of Plaintiff having initially filed in the wrong county, on June 6, 2022, the McCracken Circuit Court transferred the Complaint to Graves Circuit Court.

3. On or about June 13, Plaintiff Patricia Dupree filed an Amended Complaint in the Graves Circuit Court, bearing Civil Action no. 22-CI-000169.

4. Plaintiff Patricia Dupree, Individually and as Administrator of the Estate of George Dupree, was at the time of the filing of the Complaint and the Amended Complaint, and is at the time of filing this Notice of Removal, a citizen of the Commonwealth of Kentucky. *See* Amended Complaint, at ¶ I.

5. Defendant Same Day Freight, LLC, was at the time of the filing of the Complaint and Amended Complaint, and is at the time of filing this Notice of Removal, a limited-liability company organized and existing under the laws of the State of Missouri, with a principal place of business in Missouri. *See* Complaint, at ¶ II.

6. The sole member of Same Day Freight, LLC, was at the time of the filing of the Complaint and Amended Complaint, and is at the time of filing this Notice of Removal, a citizen of the State of Missouri.

7. Defendant Same Day Freight, LLC, was served with a copy of the Summons and Amended Complaint on June 15, 2022, via certified mail and has consented to removal of this action to the United States District Court.

8. This action is one Defendant Same Day Freight, LLC, may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is an action between citizens of different states.

9.  Though Plaintiff's Amended Complaint does not identify a specific amount of damages sought, based on the medical expenses incurred in treating Patricia Dupree and George Dupree for the injuries alleged in the Amended Complaint, and Plaintiff's demand for policy limits for both claims, the amount in controversy in this litigation, exclusive of interest and costs, is greater than $75,000 and exceeds the jurisdictional threshold required by 28 U.S.C. §1332(a).

10. This Notice of Removal is filed within thirty (30) days after the Defendant was served and/ or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

11. A copy of the Graves Circuit Court's entire file in Civil Action No. 22-CI-000169, is attached to this Notice of Removal as EXHIBIT A.

WHEREFORE, Defendant Same Day Freight, LLC, removes this action to the United States District for the Western District of Kentucky at Paducah.

    Respectfully submitted,

*/s/ William T. Donnell*
William T. Donnell
Kelley M. Rule
WHITTEN LAW OFFICE LLC
700 N. Hurstbourne Pkwy
Suite 112
Louisville, KY 40222
P: 502-430-1016
F:  502-430-1083
wdonnell@louisvillecounsel.com
krule@louisvillecounsel.com
*Counsel for Defendants, Same Day Freight, LLC*

**CERTIFICATE OF SERVICE**

I certify on the 5th day of July, 2022, I filed a copy of the foregoing with the Court's electronic filing system, which will deliver copies to all known counsel of record, including:

Daryl Dixon
Morgan & Morgan
817 Broadway
Paducah, KY 42001
Daryld@forthepeople.com

                                                 */s/ William T. Donnell*
                                                 *Counsel for Defendant Same Day Freight, LLC*