# EXHIBIT A

Filed                    22-CI-00169         06/13/2022        Emily Ward Buzanis, Graves Circuit Clerk

NOT ORIGINAL DOCUMENT
07/05/2022 02:54:16 PM
84941

COMMONWEALTH OF KENTUCKY
GRAVES CIRCUIT COURT
CIVIL ACTION NO. _____
*Electronically Filed*

PATRICIA DUPREE                       PLAINTIFF

v.

SAME DAY FREIGHT, LLC                 DEFENDANT
    Serve: Richard Horrell
        277 Tumbleweed Pass
        Jackson, MO 63755

## COMPLAINT

The Plaintiff, Patricia Dupree, for his Complaint against the Defendant, Same Day Freight, LLC., states as follows:

### PARTIES

1. The Plaintiff, Patricia Dupree, is a resident of the Commonwealth of Kentucky, residing at 484 Marguerite Lane, Fancy Farm, Kentucky.

2. The Defendant, Same Day Freight, LLC. is a foreign corporation whose principal office is 277 Tumbleweed Pass, Jackson, MO and which designated Richard Horrell as its registered agent for service of process.

3. The incident which forms the basis of this litigation occurred on October 29, 2020 in Hickory, Graves County, Kentucky.

4. The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

### COUNT I
### COMMON LAW NEGLIGENCE

5. On or about October 29, 2020 in Hickory, Graves County, Kentucky, a vehicle negligently operated by Richard Horrell and owned by Defendant Same Day Freight, LLC. collided with a vehicle in which Patricia Dupree was passenger.

6. The collision referred to in Paragraph 5 was the result of the negligence of Richard Horrell and Defendant, Same Day Freight, LLC.

7. Richard Horrell was within the scope and course of his employment with Defendant Same Day Fright, LLC., on the date and time of the subject wreck. Thus, Defendant Same Day Fright, LLC., is vicariously liable for the negligence of Richard Horrell and the resulting damages.

8. As a direct and proximate result of the negligence and carelessness of Defendant, Same Day Freight, LLC., as heretofore alleged, the Plaintiff, Patricia Dupree, was caused to sustain personal injuries, both of a temporary and permanent nature to her person as a whole, resulting in the following damages:

(a) Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

(b) Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c) Plaintiff incurred loss of her ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter.

## COUNT II
## STATUTORY NEGLIGENCE

9. Defendant, Same Day Freight, LLC's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and 189.390(2) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

10. The injuries sustained by Plaintiff, Patricia Dupree, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant, Same Day Freight, LLC.'s violation of these statutes.

11. As a direct and proximate result of Defendant, Same Day Freight, LLC.'s violations of Kentucky law, Plaintiff, Patricia Dupree, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, Patricia Dupree, demands judgment against Defendant, Same Day Freight, LLC. as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

**CERTIFICATION**

Filed                22-CI-00169       06/13/2022        Emily Ward Buzanis, Graves Circuit Clerk

NOT ORIGINAL DOCUMENT
07/05/2022 02:54:16 PM
84941

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

Submitted on the 18th day of May 2022.

                          Most Respectfully,

                          */s/ Daryl Dixon*
                          DARYL DIXON
                          Morgan & Morgan
                          817 Broadway
                          Paducah, KY 42001
                          Telephone: (270) 558-6871
                          Facsimile: (270) 558-6881
                          Email: daryld@forthepeople.com

| | | |
|---|---|---|
| AOC-E-105　　Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice　　*Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>07/05/2022<br>849d1　　Case #: **22-CI-00169**<br>　　　　Court: **CIRCUIT**<br>　　　　County: **GRAVES** |

*Plantiff,* **DUPREE, PATRICIA　VS. SAME DAY FREIGHT LLC,,** *Defendant*

TO: **GEORGE DUPREE**
　　　**484 MARGUERITE LANE**
　　　**FANCY FARM, KY 42039**

The Commonwealth of Kentucky to Defendant:

　　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Emily Ward Suzanis*

Graves Circuit Clerk
Date: **6/13/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　　To: _____

☐ Not Served because: _____

Date: _____, 20____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Title

Summons ID: @00000095738
CIRCUIT: 22-CI-00169 Certified Mail
DUPREE, PATRICIA　VS. SAME DAY FREIGHT LLC,



Page 1 of 1



CI : 000001 of 000001

Case 5:22-cv-00083-BJB Document 1-1 Filed 07/05/22 Page 7 of 13 PageID #: 11
Filed 22-CI-00169 06/13/2022 Emily Ward Buzanis, Graves Circuit Clerk

NOT ORIGINAL DOCUMENT
07/05/2022 02:54:23 PM
84941

COMMONWEALTH OF KENTUCKY
GRAVES CIRCUIT COURT
CIVIL ACTION NO. _____
*Electronically Filed*

PATRICIA DUPREE Individually, and Administrator de son Tort for the Pending Estate of Estate of GEORGE DUPREE  **PLAINTIFFS**

v.

SAME DAY FREIGHT, LLC  **DEFENDANT**
    Serve: Richard Horrell
          277 Tumbleweed Pass
          Jackson, MO 63755

---

## AMENDED COMPLAINT

---

The Plaintiffs, Patricia Dupree individually and Administrator of Estate to George Dupree, for their Complaint against the Defendant, Same Day Freight, LLC., states as follows:

### PARTIES

1.    The Plaintiffs, Patricia Dupree, Individually and as Adminstrator de son Tort for the Pending Estate of George Dupree have at all times been a resident of the Commonwealth of Kentucky, residing at 484 Marguerite Lane, Fancy Farm, Kentucky.

2.    The Defendant, Same Day Freight, LLC. is a foreign corporation whose principal office is 277 Tumbleweed Pass, Jackson, MO and which designated Richard Horrell as its registered agent for service of process.

3.    The incident which forms the basis of this litigation occurred on October 29, 2020 in Hickory, Graves County, Kentucky.

4.    The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

# COUNT I
## COMMON LAW NEGLIGENCE

5. On or about October 29, 2020 in Hickory, Graves County, Kentucky, a vehicle negligently operated by Richard Horrell and owned by Defendant Same Day Freight, LLC. collided with a vehicle occupied by Patricia Dupree and George Dupree.

6. The collision referred to in Paragraph 5 was the result of the negligence of Richard Horrell and Defendant, Same Day Freight, LLC.

7. Richard Horrell was within the scope and course of his employment with Defendant Same Day Fright, LLC., on the date and time of the subject wreck. Thus, Defendant Same Day Fright, LLC., is vicariously liable for the negligence of Richard Horrell and the resulting damages.

8. As a direct and proximate result of the negligence and carelessness of Defendant, Same Day Freight, LLC., as heretofore alleged, the Plaintiffs, Patricia Dupree and George Dupree, was caused to sustain personal injuries, both of a temporary and permanent nature to their person as a whole, resulting in the following damages:

(a) Plaintiffs have been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to their damage in a sum to be determined by a jury sitting in the trial of this matter;

(b) Plaintiffs have been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c) Plaintiffs incurred loss of their ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter.

Filed        22-CI-00169        06/13/2022        Emily Ward Buzanis, Graves Circuit Clerk

NOT ORIGINAL DOCUMENT
07/05/2022 02:54:23 PM
84941

## COUNT II
## STATUTORY NEGLIGENCE

9. Defendant, Same Day Freight, LLC's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and 189.390(2) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

10. The injuries sustained by Plaintiffs, Patricia Dupree and George Dupree, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant, Same Day Freight, LLC.'s violation of these statutes.

11. As a direct and proximate result of Defendant, Same Day Freight, LLC.'s violations of Kentucky law, Plaintiff, Patricia Dupree, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiffs, Plaintiffs, Patricia Dupree, Individually and as Adminstrator de son Tort for the Pending Estate of George Dupree, demand judgment against Defendant, Same Day Freight, LLC. as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

Filed        22-CI-00169        06/13/2022        Emily Ward Buzanis, Graves Circuit Clerk

AMC : 000003 of 000004

Filed                22-CI-00169        06/13/2022         Emily Ward Buzanis, Graves Circuit Clerk

NOT ORIGINAL DOCUMENT
07/05/2022 02:54:23 PM
84941

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

Submitted on the 13th day of June 2022.

Most Respectfully,

*/s/ Daryl Dixon*
DARYL DIXON
Morgan & Morgan
817 Broadway
Paducah, KY 42001
Telephone: (270) 558-6871
Facsimile: (270) 558-6881
Email: daryld@forthepeople.com

AMC : 000004 of 000004

Filed                22-CI-00169        06/13/2022         Emily Ward Buzanis, Graves Circuit Clerk



**Commonwealth of Kentucky**
**Emily Ward Buzanis, Graves Circuit Clerk**

NOT ORIGINAL DOCUMENT
07/05/2022 02:54:34 PM
84941

| | |
|---|---|
| **Case #:** 22-CI-00169 | **Envelope #:** 4708872 |
| **Received From:** DIXON, DARYL | **Account Of:** DIXON, DARYL |
| **Case Title:** DUPREE, PATRICIA  VS. SAME DAY FREIGHT LLC, | **Confirmation Number:** 145104356 |
| **Filed On** 6/13/2022  12:31:29PM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Money Collected For Others(Postage) | $13.53 |
| 2 | Charges For Services(Copy - Photocopy) | $1.00 |
| 3 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $84.53 |

Filed    22-CI-00169    06/27/2022    Emily Ward Buzanis, Graves Circuit Clerk

NOT ORIGINAL DOCUMENT
07/05/2022 02:54:26 PM
84941

**UNITED STATES POSTAL SERVICE®**

DATE PRODUCED: 6/27/2022 9:09 AM

COMMONWEALTH OF KENTUCKY - FRANKLIN CO AOC INFO & TECH SERVICES:

The following is information for Certified Mail™/RRE item number:
   9236 0901 9403 8379 4212 75

Our records indicate that this item was RETURNED TO SENDER.

ORIGINAL INTENDED RECIPIENT:
   DUPREE, GEORGE
   484 MARGUERITE LANE
   FANCY FARM KY 42039

The above information represents information provided by the United States Postal Service.

Filed    22-CI-00169    06/27/2022    Emily Ward Buzanis, Graves Circuit Clerk

Return Reference Number:

AOS : 000001 of 000002

Filed          22-CI-00169     06/27/2022         Emily Ward Buzanis, Graves Circuit Clerk
NOT ORIGINAL DOCUMENT
07/05/2022 02:54:26 PM
84941



Date Produced: 06/27/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8379 4212 75. Our records indicate that this item was delivered on 06/22/2022 at 09:32 a.m. in MAYFIELD, KY 42066. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      C3490832.20502897

Filed          22-CI-00169     06/27/2022         Emily Ward Buzanis, Graves Circuit Clerk

AOS : 000002 of 000002